UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| TRACY LEWIS, IN HER CAPACITY AS NATURAL TUTRIX AND ON BEHALF OF HER MINOR CHILD, E.E. (HEIR TO ERVIN EDWARDS) | CA NO. 13-777-JWD-SCR<br><br>JUDGE: JOHN W. deGRAVELLES |
| v. | MAGISTRATE JUDGE: STEPHEN C. RIEDLINGER |
| SHERIFF MIKE CAZES, ET AL | |

## JUDGMENT OF DISMISSAL WITH PREJUDICE

Upon the stipulation of the Plaintiff, Tracy Lewis, in her capacity as Natural Tutrix and on behalf of her minor child, E.E. (Heir to Ervin Edwards), and defendants, Dustin McMullan and Casey Williams to dismiss the claims and/or causes of action asserted therein against Dustin McMullan and Casey Williams, with prejudice;

**IT IS ORDERED** that all of the claims and/or causes of action asserted therein against Dustin McMullan and Casey Williams are hereby dismissed, with prejudice, with each party to bear their own costs.

Signed in Baton Rouge, Louisiana, on <u>September 23, 2015</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

JURY

6066179_1